[No. 68041-2-I.   Division One.   April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY REM,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04395-7, Joan E. DuBuque, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 68105-2-I.   Division One.   April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON RAY LEE,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03117-5, Michael Heavey, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, JJ.

[No. 68114-1-I.   Division One.   April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE TOMS,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03111-6, Richard D. Eadie, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68318-7-I.   Division One.   April 22, 2013.]

FOUNDATION MANAGEMENT, INC., *Respondent*, v. WILLIAM J.
BARKETT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-30122-2, Mary Yu, J., entered February 8, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Appelwick, J.